## Lillian V. Moore, Plaintiff-Appellee, v. J. Edward Jones, Defendant-Appellant.

### Gen. No. 48,778.

First District, First Division.

May 27, 1963.

J. Edward Jones, pro se, of Chicago, appellant. No briefs filed for appellee. Opinion by JUSTICE ENGLISH. Not to be published in full.